```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
MIGUEL FEBUS; JOSE VAZQUEZ,

                        Plaintiffs,

        -against-

ANDREW CUOMO, Governor; BRIAN FISCHER,
(DOCCS); ANTHONY ANNUCCI, (DOCCS);
DR. KONINGSMAN, Chief Medical Officer
(DOCCS); Dennis Breslin, Superintendent
(DOCCS) Queensboro Corr. Facility;
CHIEF MEDICAL ADMINISTRATOR, (DOCCS)
Queensboro Corr. Facility,

                        Defendants.
-------------------------------------------------------------------x
```

**MEMORANDUM AND ORDER**
13-CV-2962 (RRM) (CLP)

ROSLYNN R. MAUSKOPF, United States District Judge:

On May 15, 2013, plaintiffs Miguel Febus and Jose Vazquez, filed this *pro se* complaint pursuant to 42 U.S.C. §1983, alleging deprivation of their civil rights. (*See* Compl. (Doc. No. 1).) Upon review, the Court determined that plaintiffs' complaint was unclear and lacked specificity. Therefore, by Memorandum and Order dated June 18, 2013, the Court granted plaintiffs' request to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, cautioned that the complaint was deficient and would be subject to dismissal, and granted plaintiffs thirty (30) days leave to submit an amended complaint that corrected those deficiencies. (*See* 6/18/13 Memorandum and Order (Doc. No. 11).) Copies of the Court's Memorandum and Order were sent to plaintiffs at the addresses for each listed on the docket.

More than 30 days have elapsed and plaintiffs have failed to submit an amended complaint. Accordingly, for the reasons stated in the June 18 Memorandum and Order,

plaintiffs' complaint is dismissed for failure to state a claim on which relief may be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(ii). The Clerk of Court is directed to mail to both plaintiffs a copy of this order and the accompanying judgment, note the mailing on the docket, and close this case.

The Court certifies pursuant to 28 U.S.C. § 1915 (a)(3) that any appeal from this order and judgment would not be taken in good faith and therefore *in forma pauperis* status is denied for purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

SO ORDERED.

Dated: Brooklyn, New York
      August 12, 2013

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge